UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

GEORGE R. MYERS,
GEORGE FOREST PRODUCTS,           Case No. 05-24872

                                  Chapter 7 Proceeding
            Debtor(s).                Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

     NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $73.96 for deposit in the U.S. Registry as evidenced by the attached check number 125, made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the Interim Distribution on May 6, 2009, on behalf of the following creditors:

| | | |
|---|---|---|
| (1) | Bank of America<br>Claim No. 9 (Ck. No. 113) | $73.96 |
| | TOTAL | $73.96 |

DATED: August 27, 2009

                                       /s/ Randall L. Frank
                                       _____
                                       Randall L. Frank (P33189)
                                       Chapter 7 Trustee
                                       310 Davidson Building
                                       P.O. Box 2220
                                       Bay City, Michigan 48707
                                       Telephone: (989) 893-2461
                                       randall.frank@gmail.com